# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS SYSTEM K/D/S PROMIX, L.L.C., AND ACADIAN GAS PIPELINE SYSTEM

VERSUS

TEXAS BRINE COMPANY, LLC

NO. 2020 CW 0143

APR 2 9 2020

---

In Re: Occidental Chemical Corporation, OXY USA, Inc., and Occidental Petroleum Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34.265

---

**BEFORE: GUIDRY, WELCH, AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Because no contradictory motion to stay or compel arbitration was filed in connection with the complained of ruling in this writ application, no evidence, such as the contract containing the arbitration clause, was submitted to the trial court or to this court. Accordingly, the writ application is denied on the showing made.

**JMG**
**JEW**

**Burris, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.